UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARITZA S.,

        Plaintiff,

  -against-

FRANK BISIGNANO, Commissioner of

Social Security,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/16/26
```

25-CV-9164 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Notice of Commencement of Social Security Action was entered on November 7, 2025, making the Electronic Certified Administrative Record due no later than January 6, 2026. (11/7/25 Text-Only Entry). Although that deadline has now passed, the administrative record has not been filed. Further, the Commissioner's attorney of record failed to return a courtesy call from chambers. Consequently, the Commissioner is directed to file the administrative record no later than **January 30, 2026**.

Dated: New York, New York
      January 16, 2026

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**